IN THE UNITED STATES DISTRICT COURT
FOR THE MASSACHUSETTS

```
------------------------------------X
                                    )
IN RE:  Request from Belgium        )
        Pursuant to the Treaty      )
        Between the United States of )  No. _____
        America and Belgium on Mutual )
        Assistance in Criminal Matters )  04MBD 10080
        in the Matter of Harvard Inst. )
        of International Development )
                                    )
------------------------------------X
```

ORDER

Upon application of the United States, and upon review of the request from Belgium seeking evidence under the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Belgium, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Belgium, in force January 28, 1988, ( ___ U.S.T. ___ ), as well as 28 U.S.C. § 1782 and this Court's inherent authority, that persons within the jurisdiction of this Court shall be required to provide testimony and produce documents and other things in accordance with the Treaty Requests of April 29, 1999 and October 24, 2000, without notice to the target or defendant in the foreign criminal proceedings, and Thomas E. Kanwit is appointed a Commissioner of this Court; to take such steps as are necessary, including the issuance of Commissioner's subpoenas, to obtain the evidence requested by Belgium; to adopt such procedures for the receipt of the evidence

as are consistent with the use of the evidence within Belgium; to seek such further orders of the Court as are necessary to execute this request; to certify the testimony and documents obtained and to submit the evidence to the Office of International Affairs, United States Department of Justice, for transmission to Belgium; and to do all else that may be necessary for the accomplishment of the purposes of this Order.

_____
UNITED STATES DISTRICT JUDGE

Dated: This 16 day of March, 2004.